UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

In re:

RICHARD MARION BLOSSER,

Debtor.

Case No: 2:26-bk-20082-BPH

Chapter 11

-----------------------------------------------------

**EXPEDITED MOTION TO EXTEND AUTOMATIC STAY**

Debtor, Richard Marion Blosser ("Debtor"), respectfully moves this Court to extend the automatic stay pursuant to 11 U.S.C. § 362(c)(3), and states:

1. Debtor is a repeat filer within the meaning of 11 U.S.C. § 362(c)(3).

2. Debtor filed this Chapter 11 case on March 27, 2026 in good faith to prevent foreclosure and preserve the value of a significant real property asset.

3. The automatic stay will terminate by statute on or about April 27, 2026 unless extended by this Court.

4. Debtor recently experienced a serious and unexpected medical emergency and family trauma, requiring hospitalization and ongoing medical treatment as well as convalescence and rehabilitation at home, which impaired his ability to act, but has now stabilized.

5. Debtor is actively pursuing refinancing of the secured obligation and anticipates that the secured creditor will be paid in full within a reasonable and near-term timeframe.

6. The secured creditor is adequately protected because the underlying property has substantial value relative to the debt. Continuation of the stay will preserve value for all parties and facilitate full payment to the secured creditor.

7. This case was not filed to delay or hinder creditors, but to facilitate refinancing and resolution of the secured obligation.

8. The currently scheduled foreclosure sale date of April 24, 2026 falls within the existing automatic stay period. Maintaining the stay will allow Debtor a short and reasonable opportunity to complete refinancing without prejudice to the secured creditor, who stands to be paid in full.

9. Debtor respectfully requests expedited consideration of this Motion due to the imminent statutory termination of the automatic stay on or about April 27, 2026. A foreclosure sale is also currently scheduled for April 24, 2026. Absent immediate relief, Debtor faces irreparable harm, including loss of the property despite active efforts to refinance and satisfy the secured obligation in full.

WHEREFORE, Debtor respectfully requests that this Court extend the automatic stay as to all creditors and grant such other and further relief as the Court deems just and proper.

DATED: 4/22/26

______________________________

Richard Marion Blosser

Debtor

PO Box 161000

Big Sky, MT 59716