Richard M. Blosser (pro per)
1 Yellowstone Club Trail
Big Sky, Montana 59716
Telephone Number: (310) 795-8963
E-Mail Address: Rbloss5@gmail.com
*Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

IN RE:

RICHARD M. BLOSSER,

Debtor.

Case No. 2:26-bk-20082-BPH

**DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Richard M. Blosser ("Debtor") respectfully requests the Cort for an extension of time under Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1 to file Debtor's Schedules and Statement of Financial Affairs.

This bankruptcy case was filed on March 27, 2006. The Meeting of Creditors is scheduled for May 4, 2026 at 9:30 a.m. Debtor has submitted to the United States Trustee a request for a Continuance of § 341(A) Meeting of Creditors to a date after May 15, 2026. On April 24, 2026, this Court extended the time to file Debtor's Schedules to April 29, 2026. Debtor requests until May 15, 2026 to file Debtor's Schedules and Statement of Financial Affairs.

Debtor filed this case without an attorney during a severe family crisis and medical emergency in which Debtor was hospitalized for eight (8) days. In the meantime, Debtor has diligently sought an attorney while also preparing the necessary documents to complete his bankruptcy Schedules and Statement of Financial Affairs. Debtor requests until May 15, 2026 to complete his Schedules and Statement of Financial Affairs.

DATED: the 29 day of April, 2026.

/s/ Richard M. Blosser