Trent M. Gardner
Cameron T. Clevidence
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph: 406-587-0618
Fax: 406-587-5144
Email: tgardner@goetzlawfirm.com
cclevidence@goetzlawfirm.com

Attorneys for Trustee Darcy M. Crum

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>RICHARD M. BLOSSER,<br>Debtor. | Case No. 2:26-bk-20082-BPH<br><br>**MOTION FOR RULE 2004 EXAMINATION OF BANK OF AMERICA** |

Pursuant to Rule 2004, Fed. R. Bankr. P., Darcy M. Crum, as Chapter 7 Trustee for the Bankruptcy of Richard M. Blosser, respectfully requests the Court to order an examination as follows:

1. **Witness to be examined:** Records Custodian of Bank of America, N.A.

2. **Date:** July 17, 2026

3. **Time:** 10:00 a.m.

4. **Place:** Goetz, Geddes & Gardner, P.C.
35 North Grand Ave.
Bozeman, MT 59715

5. **Scope of examination:** n/a. This motion is solely for document production.

6. **Documents to be produced:**

a. Copies of account statements, deposit slips, account formation documents, cancelled checks, any account closure documents, and any communications for all accounts in the name of Richard M. Blosser or Richard Blosser, or on which Richard M. Blosser or Richard Blosser had signing authority, from January 1, 2022 to present. This request includes but is not limited to the accounts ending in 4095, 4025 and 1439;

b. Copies of account statements, deposit slips, account formation documents, cancelled checks, any account closure documents, and any communications for all accounts in the name of Pathfinder Wealth Advisors, LLC or Pathfinder Wealth Advisors LLC, from January 1, 2022 to present;

c. Copies of account statements, deposit slips, account formation documents, cancelled checks, any account closure documents, and any communications for all accounts in the name of Sanctuary Partners, LLC, or Sanctuary Partners LLC, from January 1, 2022 to present;

d. Copies of account statements, deposit slips, account formation documents, cancelled checks, any account closure documents, and any communications for all accounts in the name of the Blosser Family Trust dated November 16, 2000 (Richard M. Blosser and Pamela J. Blosser, Trustees), from January 1, 2022 to present;

e. Copies of account statements, deposit slips, account formation documents, cancelled checks, any account closure documents, and any

communications for all accounts in the name of Pamela J. Blosser or Pamela Blosser, or on which Pamela J. Blosser or Pamela Blosser had signing authority from January 1, 2022 to present; and

f. Copies of all documents and communications with Richard Blosser relating to any banking or lending relationship with Richard Blosser or Richard M. Blosser, including any accounts for which he was a signator or guarantor, from January 2021 to present.

7. **Time, date and place of production (if different from examination):** n/a.

8. **Movant's calculation of mileage pursuant to Fed. R. Bankr. P. 2004(e):** n/a.

9. The Trustee is seeking documents from a third-party financial institution. Thus, a subpoena *duces tecum* pursuant to Fed. R. Bankr. P. 9016 is required.

DATED this 24th day of June, 2026.

GOETZ, GEDDES & GARDNER, P.C.

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on the 24th day of June, 2026, a copy of the foregoing was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties:

Richard Blosser
456 Westlake Park Boulevard
Bozeman, Montana 59718

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***