EXHIBIT 16

# PERSONAL FINANCIAL STATEMENT

As of January, 2025

Complete this form for each applicant. List only those assets you want to be considered in this personal financial statement.

| | |
|---|---|
| Name Richard Blosser and Pamela Blosser | Business Phone 310-795-8963 |
| Address 170 Wickwire Way | Residence Phone 310-795-8963 |
| City, State, & Zip Code Bozeman, MT 59718 | |

| ASSETS | (Omit Cents) | LIABILITIES | (Omit Cents) |
|---|---|---|---|
| Cash on hand & in Banks | $ 452,000 | Accounts Payable | $ |
| Savings Accounts | $ | Notes Payable to Banks and Others (Describe in Section 2) | $ |
| IRA or Other Retirement Account | $ | Installment Account (Auto) | $ 228,342 |
| Accounts & Notes Receivable | $ | Mo. Payments $ | |
| Life Insurance-Cash Surrender Value Only (Complete Section 8) | $ | Installment Account (Other) | $ |
| Stocks and Bonds (Describe in Section 3) | $ 5,356,773 | Mo. Payments $ | |
| | | Loan on Life Insurance | $ |
| Real Estate (Describe in Section 4) | $ 28,800,000 | Mortgages on Real Estate or Rent listed per month (Describe in Section 4) | $ 14,200,000 |
| Automobile-Present Value | $ 350,000 | Unpaid Taxes (Describe in Section 6) | $ |
| Other Personal Property (Describe in Section 5) | $ 2,457,000 | All other Liabilities such as liens, judgments (Describe in Section 7) | $ |
| Other Assets (Describe in Section 5) | $ 7,870,000 | Total Liabilities | $ 14,428,342 |
| | | Net Worth | $ 30,857,431 |
| Total | $ 45,285,773 | Total | $ 30,857,431 |

| Section 1. Source of Income | | Contingent Liabilities | |
|---|---|---|---|
| Salary | $ | As Endorser or Co-signer | $ |
| Net Investment Income | $ | Legal Claims & Judgments | $ |
| Real Estate Income | $ | Other contingent liabilities not listed. | $ |
| Other Income (Describe below)* | $ | | |

Description of Other Income in Section 1.*

*NOTE: Alimony or child support payments do not need to be disclosed in "Other Income" unless it is desired to have such payments counted toward total income.

Section 2. Loans Payable to Banks and Others. List loans, mortgages, credit card accounts, and other indebtedness. (Use attachements if necessary. Each attachment must be identified as a part of this statement and signed.)

| Name and Address of Noteholder(s) | Original Balance | Current Balance | Payment Amount | Frequency (monthly,etc.) | How Secured or Endorsed Type of Collateral if applicable. |
|---|---|---|---|---|---|
| Oakhurst Funding | | 14,200,000 | | | Sanctuary Partners,53 Fossil Rd |
| Credit Cards | | 168,235 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT 16

**Section 3. Stocks and Bonds. (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed).**

| Number of Shares | Name of Securities | Cost | Market Value Quotation/Exchange | Date of Quotation/Exchange | Total Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Section 4. Real Estate Owned.** (List each parcel separately. Use attachment if necessary. Each attachment must be identified as a part of this statement and signed.)

| | Property A | Property B | Property C |
|---|---|---|---|
| Type of Property | Investment property | Investment Property | |
| Address | 53 Fossil Road<br>Big Sky, MT 59716 | 2229 Howard Avenue<br>San Carlos, CA 94070 | |
| Date Purchased | 11/16/2008 | | |
| Original Cost | | | |
| Present Market Value estimate | 26,000,0000 | 2,800,000 | |
| Name of Mortgage Holder | Oakhurst Funding | | |
| | | | |
| Mortgage Balance | 14,200,000 | | |
| Amount of Payment per Month/Year | | | |
| Status of Mortgage | | | |

**Section 5. Other Personal Property and Other Assets.** (Describe, and if any is pledged as security, state name and address of lien holder, amount of lien, terms of payment and if delinquent, describe delinquency)

Furniture, Jewelery, Art, Misc. (estimated values).
Pathfinder Wealth Advisors LLC

**Section 6. Unpaid Taxes.** (Describe in detail, as to type, to whom payable, when due, amount, and to what property, if any, a tax lien attaches.)

**Section 7. Other Liabilities.** (Describe in detail.)

**Section 8. Life Insurance Held.** (Give face amount and cash surrender value of policies - and name of insurance company.

18,000,000 Life Insurance

I hereby affirm that this personal financial statement contains no willful misrepresentation or falsifications and this information given by me/us is true and complete to the best of my/our knowledge and belief.

| | |
|---|---|
| Signature: | Date: |
| Signature: | Date: |

ARIXA CAPITAL

# BORROWER INFORMATION FORM

**Please provide a brief description of your real estate development experience:**

**Schedule of Real Estate Owned**

| Property Address | Ownership Entity | % of Ownership | Property Type | Occupancy | Date Acquired | Mortgage Balance | Total Equity |
|---|---|---|---|---|---|---|---|
| 2229 Howard Avenue, San Carlos, CA 94070 | Family Trust | 100% | SFR | Vacant | 11/5/2024 | $ 0 | $ 2,800,000 |
| 53 Fossil Rd, Big Sky, MT 59716 | Sanctuary Partners | 100% | SFR | Tenant | 11/16/2008 | $ 14,200,000 | $ 12,000,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Real Estate Track Record**

| Property Address | Property Type | % of Ownership / Role in Project | Date Acquired | Date Sold | Purchase Price | Rehab & Holding Costs | Sale Price | Profit |
|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Average Profit** ______________

ARIXA000204