Lindy M. Lauder (#42075069)
CROWLEY FLECK PLLP
101 East Front Street, Ste. 301
P.O. Box 7099
Missoula, MT 59802
Telephone: (406) 523-3600
Facsimile: (406) 523-3636
llauder@crowleyfleck.com
*Attorneys for Oakhurst Opportunity Lending Fund I, LP and Oakhurst Income Fund I, LP*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>RICHARD M. BLOSSER,<br><br>Debtor. | Case No. 2:26-bk-20082-BPH<br><br>**OAKHURST OPPORTUNITY LENDING FUND I, LP AND OAKHURST INCOME FUND I, LP'S JOINDER IN TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION** |

Oakhurst Opportunity Lending Fund I, LP, and Oakhurst Income Fund I, LP, by and through their attorneys of record, Crowley Fleck PLLP (together, "Oakhurst"), and respectfully joins in the Trustee's Motion for Substantive Consolidation (Doc. 96) (the "Motion"). Through this Joinder, Oakhurst incorporates by reference the arguments and authorities set forth in the Motion and respectfully requests that this Court substantively consolidate Pathfinder Wealth Advisors, LLC and Sanctuary Partners LLC into the above-captioned bankruptcy proceeding.

Dated this 30th day of July, 2026.

CROWLEY FLECK PLLP

By /s/ Lindy M. Lauder
*Attorneys for Oakhurst Opportunity Lending Fund I, LP and Oakhurst Income Fund I, LP*

# CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on the 30th day of July, 2026, a copy of the foregoing was served by electronic means, pursuant to Mont. LBR 9013-1(d) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

**None.**

By /s/ Lindy M. Lauder
Crowley Fleck PLLP
*Attorneys for Oakhurst Opportunity Lending Fund I, LP*