Trent M. Gardner (Bar No. 7477)
Cameron T. Clevidence (Bar No. 68207702)
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph: 406-587-0618
Fax: 406-587-5144
Email: tgardner@goetzlawfirm.com
cclevidence@goetzlawfirm.com

Attorneys for Trustee Darcy M. Crum

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>RICHARD M. BLOSSER,<br>Debtor. | Case No. 2:26-bk-20082-BPH<br><br>**TRUSTEE'S REPORT TO THE COURT REGARDING PAMELA BLOSSER DOCUMENT PRODUCTION AND RULE 2004 EXAMINATION** |

Pursuant to this Court's Order of August 5, 2026 (ECF No. 166), Trustee hereby provides a report to the Court of documents produced by Pamela as of August 12, 2026, and the status of the Rule 2004 Examination of Pamela Blosser.

The Trustee reports Pamela Blosser did appear for her Rule 2004 Examination at 9:00 a.m., on August 5, 2026, in Bozeman, Montana. Mrs. Blosser did not bring any documents to the examination. In response to questioning about the production of documents, Mrs. Blosser stated

she would not be producing any documents until she consulted with counsel.[1]

The Rule 2004 Examination continued for a little over an hour. During that time, Mrs. Blosser became extremely upset, apparently over information contained in documents presented to her. Counsel stopped the examination to allow Mrs. Blosser time to calm down. However, during the break, it became apparent Mrs. Blosser could not continue and counsel agreed to continue the examination at a later time.

Mrs. Blosser stated she wanted to help the Trustee. Counsel for the Trustee provided Mrs. Blosser a business card and asked her to please contact him when she had calmed down. On Thursday, August 6, 2026, counsel for the Trustee emailed Mrs. Blosser a copy of the Court's Order from August 5, 2026 (ECF No. 166), advising her she was required to appear in Missoula at the hearing on August 14, 2026. *See* Gardner Email String (Exhibit 1, hereto). Counsel also asked Mrs. Blosser to get in touch with him and asked how counsel could be of assistance to Mrs. Blosser in producing the documents. Counsel also advised Mrs. Blosser a time needed to be set to finish the deposition. *Id*.

Neither the Trustee nor Trustee's counsel received any response from Mrs. Blosser. On Monday, August 10, 2026, Trustee's counsel sent another email asking Mrs. Blosser to "please get in touch with me about production of documents and rescheduling the rest of the deposition." Exhibit 1. No response to the email has been received. Trustee's counsel also inquired with Debtor Richard Blosser regarding Pamela Blosser's production. Debtor stated he would follow up regarding Pamela's production, but no further response has been received.

---

[1] Trustee has not received the transcript of the 2004 Examination of Pamela Blosser. Upon receipt, it will be submitted to the Court.

As of the filing of this report, Pamela Blosser has not produced any documents and no date has been set to complete her Rule 2004 Examination.

DATED this 12th day of August, 2026.

GOETZ, GEDDES & GARDNER, P.C.

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that on the 12th day of August, 2026, a copy of the foregoing was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties.

Richard Blosser
456 Westlake Park Boulevard
Bozeman, Montana 59718
rbloss5@gmail.com

Pamela Blosser
456 Westlake Park Boulevard
Bozeman, Montana 59718

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***