Trent M. Gardner (Bar No. 7477)
Cameron T. Clevidence (Bar No. 68207702)
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph: 406-587-0618
Fax: 406-587-5144
Email: tgardner@goetzlawfirm.com
cclevidence@goetzlawfirm.com

Attorneys for Trustee Darcy M. Crum

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>RICHARD M. BLOSSER,<br>Debtor. | Case No. 2:26-bk-20082-BPH<br><br>**TRUSTEE'S REPORT TO THE COURT REGARDING PAMELA BLOSSER DOCUMENT PRODUCTION** |

Trustee hereby provides a report to the Court of documents produced by Pamela as of August 26, 2026, and the status of the Rule 2004 Examination of Pamela Blosser.

The Court's Order of August 18, 2026 (ECF No. 196), required Pamela Blosser to produce six categories of documents related to the previously ordered Rule 2004 Examination. *Id.*, p. 4. The production was required on or before August 20, 2026.

As of August 20, 2026, Pamela Blosser (through Debtor) produced documents which appear to satisfy Categories A, B and D. ECF No. 196, p. 4. As to Category C (documents related to the Florence G. Collins Trust), Pamela Blosser (through Debtor) provided Trust Documents for the Florence G. Collins Trust and financial account statements. However, Pamela Blosser has

not provided any "documents evidencing any loans to or from the Trust" and has not produced any documents "related to 2229 Howard Ave., San Carlos, CA 94070." *Id.*

Category E required production of:

> An itemized list of all personal property, including estimated values, current location, the source of funds used to purchase the property, and the date purchased, comprising the $2,457,000 in "Other Personal Property" consisting of "Furniture, Jewelry, Art, Misc." as identified on the Personal Financial Statement dated January 2025 and submitted to Arixa Capital.

ECF No. 196, p. 3. Category F required the production of "all documents evidencing the purchase of such personal property described in 'E.' above." *Id.* Pamela Blosser has not produced anything to satisfy the requirements of Categories E and F.

Trustee's counsel has reminded Debtor and Pamela Blosser of the required production and received assurance from Debtor of forthcoming production. However, no further documents were received.

No conversations have occurred regarding finishing the Rule 2004 Examination of Pamela Blosser.

DATED this 26th day of August, 2026.

GOETZ, GEDDES & GARDNER, P.C.

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that on the 26th day of August, 2026, a copy of the foregoing was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties.

Richard Blosser
456 Westlake Park Boulevard
Bozeman, Montana 59718
rbloss5@gmail.com

Pamela Blosser
456 Westlake Park Boulevard
Bozeman, Montana 59718
pamela4kids@gmail.com

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***