Trent M. Gardner (Bar No. 7477)
Cameron T. Clevidence (Bar No. 68207702)
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph: 406-587-0618
Fax: 406-587-5144
Email: tgardner@goetzlawfirm.com
cclevidence@goetzlawfirm.com

Attorneys for Trustee Darcy M. Crum

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>RICHARD M. BLOSSER,<br>Debtor. | Case No. 2:26-bk-20082-BPH<br><br>**TRUSTEE'S REPORT TO THE COURT REGARDING DEBTOR'S LAPTOP** |

Trustee hereby provides a report to the Court of the status of copying the contents of Debtor's laptop. Trustee reports counsel's IT consultant has completed copying the contents of Debtor's laptop. The undersigned emailed Debtor on September 3, 2026, informing him of such and that the laptop was ready for pickup, or that counsel could deliver the laptop to Debtor at the hearing on September 8, 2026. Debtor responded that he would let the undersigned know.

DATED this 4th day of September, 2026.

GOETZ, GEDDES & GARDNER, P.C.

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on the 4th day of September, 2026, a copy of the foregoing was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties.

Richard Blosser
456 Westlake Park Boulevard
Bozeman, Montana 59718
rbloss5@gmail.com

Pamela Blosser
456 Westlake Park Boulevard
Bozeman, Montana 59718
pamela4kids@gmail.com

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***