Trent M. Gardner
Cameron T. Clevidence
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph: 406-587-0618
Fax: 406-587-5144
Email: tgardner@goetzlawfirm.com
cclevidence@goetzlawfirm.com

Attorneys for Trustee Darcy M. Crum

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>RICHARD M. BLOSSER,<br>Debtor. | Case No. 2:26-bk-20082-BPH<br><br>**MOTION FOR RULE 2004 EXAMINATION OF RICHARD BLOSSER** |

Pursuant to Rule 2004, Fed. R. Bankr. P., Darcy M. Crum, as Chapter 7 Trustee for the Bankruptcy of Richard M. Blosser, respectfully requests the Court to order an examination as follows:

1. **Witness to be examined:** Richard Blosser
456 Westlake Park Blvd.
Bozeman, Montana 59718

2. **Date:** October 27, 2026

3. **Time:** 9:00 a.m.

4. **Place:** Fisher Court Reporting
442 E. Mendenhall Street
Bozeman, Montana 59715

5. **Scope of examination:** All matters pertaining to Richard Blosser, his bankruptcy, and his financial dealings, including:

a. Sanctuary Partners LLC;

b. Pathfinder Wealth Advisors LLC;

c. The Gretchen M. Wiechman Trust;

d. The Florence G. Collins Trust;

e. Magnum Technologies Network Inc;

f. Any other entity or trust in which Richard or Pamela Blosser has held or now holds an interest;

g. Acts, conduct, and property, as well as acts attempting to and actually disposing of, selling, encumbering, or acquiring real and personal property;

h. Investors, investments, wealth advising, investor relationships and communications, business transactions, and employment;

i. Loans, attempts to secure loans, creditors, and other financial relationships;

j. Insurance, tax returns, financial statements, loan applications, and bankruptcy disclosures;

k. Pathfinder Opportunity Fund LLC; and

l. Relationship to Pamela Blosser, residences, and marital or property agreements.

6. **Documents to be produced:**

a. All emails, text messages, and any messages exchanged through any messaging application, including attachments, from January 1, 2020 through the present, in Richard Blosser's possession, custody, or control regarding:

(i) Pathfinder Wealth Advisors, Sanctuary Partners, LLC, the Gretchen M. Wiechman Trust, Magnum Technologies Network Inc, and the Florence G. Collins Trust;
(ii) selling, encumbering, and acquiring real and personal property;
(iii) investors, investments, wealth advising, investor relationships and communications, business transactions, and employment;
(iv) communications with and payments to and from creditors and investors;
(v) loans, attempts to secure loans, creditors, and other financial relationships;
(vi) insurance, tax returns, financial statements, loan applications, and bankruptcy disclosures;
(vii) sale or encumbrance of the San Carlos house at 2229 Howard Avenue, San Carlos, California 94070, or the Yellowstone Club house at 53 Fossil Road, Big Sky, Montana 59716;
(viii) relationship to Pamela Blosser, residences, and marital or property agreements.

b. All account statements and transaction histories from July 1, 2026 through the present for any bank, loan, credit card, investment, retirement, digital payment, or cryptocurrency account in Richard Blosser's name, used or controlled by Richard Blosser, or for which Richard Blosser is an authorized signer, including accounts held through any other person, business, or trust.

c. All documents related to the Pathfinder Opportunity Fund LLC (the "Fund"), including but not limited to:
(i) All formation and governance documents of the Fund and any prospectus or explanatory documents regarding the Fund;
(ii) All documents reflecting the holdings, investments, transactions and trades of the Fund;
(iii) A list of all current and past investors in the Fund;
(iv) All communications with investors in the Fund; and
(v) All statements provided to investors in the Fund.

7. **Time, date and place of production (if different from examination):** October 16, 2026; 10:00 a.m., Goetz, Geddes & Gardner, P.C., 35 North Grand Ave, Bozeman, MT 59715.

8. **Movant's calculation of mileage pursuant to Fed. R. Bankr. P. 2004(e):** Nine (9) miles.

9. The Trustee is seeking documents and a deposition from the Debtor. Accordingly, no subpoena is required.

DATED this 1st day of October, 2026.

GOETZ, GEDDES & GARDNER, P.C.

***/s/ Trent M. Gardner***
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that on the 1st day of October, 2026, a copy of the foregoing was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by email and/or mail on the following parties:

Richard Blosser
456 Westlake Park Boulevard
Bozeman, Montana 59718
rbloss5@gmail.com

***/s/ Trent M. Gardner***
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***