Pamela J. Blosser, individually, self-represented
Mailing address: ______________________________________
Telephone / email: _____________________________________

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

In re RICHARD M. BLOSSER, Debtor.
Case No. 2:26-bk-20082-BPH | Chapter 7

# EMERGENCY CLARIFICATION OF PRIOR FILING, RENEWED THIRD-PARTY OWNERSHIP CLAIM, AND REQUEST TO PROHIBIT OR CONDITION OCTOBER 21, 2026 AUCTION

Related filing docket number(s): __________________________

1. Purpose of my prior filing. I am Pamela J. Blosser, the non-debtor spouse and an individual third-party claimant. My prior filing requesting an adversary proceeding or hearing was intended to assert my ownership of the disputed personal property, prevent its auction or delivery before my rights could be heard, and obtain an evidentiary determination of ownership. It was a request for urgent protection before the October 21, 2026 auction, rather than merely a request for a future hearing date.

2. Renewed claim to every Westlake item. I assert individual ownership of every item in the 456 Westlake Park Blvd October 21 auction inventory, lots 100 through 215 inclusive, including every component of grouped lots and any unnumbered entries in that inventory. Exhibit A reproduces the inventory descriptions from my corrected ownership claim. No listed lot is excluded from my claim. I request a determination based on evidence; this assertion is not a representation that the Court has already found me to be the owner.

3. Other personal property. I also renew my individual ownership claims to my jewelry, wedding ring, engagement ring and band, canary diamond, emerald ring, diamond earrings, handbags, belts, scarves, hats, clothing, luxury accessories, furnishings, artwork, and other personal belongings previously identified in my ownership submissions, including items listed for November 4–5, 2026. I ask that those claims remain preserved. Exhibit A identifies the October 21 Westlake lots; it is not a separate complete catalog for the November sales.

## REQUEST FOR IMMEDIATE PROTECTION AND HEARING

4. Urgency. The October 21, 2026 auction is imminent. Sale and delivery to purchasers would make recovery of the actual household and personal items more difficult and could permanently deprive me of items with personal and family significance. I ask for immediate consideration, on shortened notice as the Court permits, before the auction or delivery of disputed property.

5. Interim relief requested. Under 11 U.S.C. § 363(e) and Federal Rules of Bankruptcy Procedure 4001(a)(1) and 9014, I request an order prohibiting or conditioning the sale, transfer, pickup, or delivery of the disputed October 21 items pending prompt consideration of my asserted interests. If the Court permits a sale, I alternatively request an order preserving and separately accounting for identifiable disputed proceeds, withholding distribution of those proceeds pending further order, and preserving lot descriptions, photographs, sale prices, and purchaser and delivery records. I do not consent to sale by requesting this alternative protection.

6. Ownership procedure. I request an expedited evidentiary hearing and directions for litigating ownership through an adversary proceeding where required by Rule 7001. Rule 7003 requires a complaint to commence an adversary proceeding, and Rule 7004 governs service. I do not represent that my earlier request alone opened a separate adversary case. If a related adversary case already exists, I request directions concerning the proper filing in that case. I request an opportunity to submit available purchase, gift, inheritance, source-of-funds, photographic, and witness evidence. I recognize my burden to prove my interest under § 363(p)(2).

7. Existing orders and requested ruling. I ask for an express written ruling identifying which items or proceeds are protected and setting the next procedural steps. I do not assume this filing overrides any existing sale or denial order or automatically stays any auction. To the extent further relief from an existing order is necessary, I request that the Court identify the applicable order and procedure. I reserve my asserted ownership and recovery rights without representing that any deadline has been extended.

8. Individual capacity. I submit this request for my own asserted interests. I do not purport to represent an LLC or another family member as their attorney.

Respectfully submitted,

Date: October 20, 2026 Signature: /s/ Pamela J. Blosser
Handwritten signature for paper filing: ______________________________
Pamela J. Blosser, individually, self-represented

Authorities: 11 U.S.C. § 363(e), (p)(2); Fed. R. Bankr. P. 4001(a)(1), 7001, 7003, 7004, 9014.

# EXHIBIT A — COMPLETE WESTLAKE INVENTORY
## October 21, 2026 — Every lot claimed: 100–215

Reproduced from Westlake_All_Items_Claim_PJB.pdf, Exhibit A, pages 7–17. All grouped items and inventory entries are claimed. Catalog descriptions identify property; they do not establish ownership.

Lot 100 — Wood Armchair Dimensions: L 24" W 19" H 36" Seat height 16"

Lot 101 — Safavieh Bellagio 8' x 10' Rug

Lot 102 — John Widdicomb Decorated Console Table Dimensions: L 70" W 18" H 34"

Lot 103 — 52" x 64" Large Wall Mirror

Lot 104 — Louis XV Style Side Table #1 Dimensions: H 29" W 20"

Lot 105 — French Provincial Style Armchair Dimensions: H 46" L 24.5" W 22" Seat Height 19"

Lot 106 — Dining Table w/ (6) Upholstered Chairs Table Dimensions: L 76" W 46" H 30"

Lot 107 — Art Nouveau Style Buffet Cabinet Dimensions: H 81" L 40" W 19"

Lot 108 — Louis XV Style Side Table #2 Dimensions: H 29" W 20"

Lot 109 — American Heritage Red Tufted Armchair #1 Dimensions: H 42" W 39" Seat height 20"

Lot 110 — Victorian Style Armchair #1 Dimensions: L 26.5" W 20" Seat height 17" H 37"

Lot 111 — American Heritage Red Tufted Armchair #2 Dimensions: H 42" W 39" Seat height 20"

Lot 112 — Rachlin Classics Curved Sectional Sofa w/ Ottoman Dimensions: Length approx 12' Height 34" W 34"

Lot 113 — Victorian Style Armchair #2 Dimensions: L 26.5" W 20" Seat height 17" H 37"

Lot 114 — Traditional China Cabinet Dimensions: H 86" L 59.5" W 20.5"

Lot 115 — Dining Room Cabinet Dimensions: H 86.5" L 32" W 14"

Lot 116 — Ghazni Collection 9'3" x 12'6" Area Rug

Lot 117 — Open Bookcase Dimensions: L 32" W 14" H 86"

Lot 118 — Piano Top Folding Wood Desk Dimensions: H 35.5" L 52.5" W 26"

Lot 119 — Carved Wood Dining Chair Dimensions: Seat height 18" H 40" W 18.5"

Lot 120 — 50" x 74" Rug

Lot 121 — Wingback Tufted Armchair #1 Dimensions: H 43" Seat height 21" W 29"

Lot 122 — Upholstered Armchair Dimensions: L 24" Seat height 19" W 22" H 46"

Lot 123 — Wingback Tufted Armchair #2 Dimensions: H 43" Seat height 21" W 29"

Lot 124 — Floor Lamp 62"

Lot 125 — Young Chang Baby Grand Piano (Model G-157)

Lot 126 — Mediterranean Style Buffet Dimensions: L 49" W 20.5" H 36"

Lot 127 — American Heritage Sectional Dimensions: Side 1 Length 117" Side 2 Length 91" H 30"

Lot 128 — Rustic Contemporary Nightstands Dimensions: H 26.5" L 26" W 16.5"

Lot 129 — King Bed w/ Lights

Lot 130 — 7-Drawer Dresser Dimensions: H 38.5" L 64" W 19"

Lot 131 — LG 75" Class - UT8000 Series - 4K UHD LED LCD TV Model: LG 75UT8000AUA

Lot 132 — Glamour Floor Mirror w/Jewelry Armoire Storage Dimensions: L 43.5" H 7' W 5"

Lot 133 — CRAFT Teal Carved Wood Peacock Storage Cabinet Dimensions: H 66" L 29" W 18"

Lot 134 — Dutch Colonial Style Storage Cabinet Indonesian Dimensions: H 74" L 39" W 25"

Lot 135 — Red Tufted Chair on Casters w/ Footstool Chair Dimensions: L 30" H 31" Seat height 16"

Lot 136 — LG 50" LED 4K UHD Smart TV Model: 50UR8000AUA

Lot 137 — Red Tufted Chair & Footstool w/ Casters Chair Dimensions: L 30" H 33.5" Seat height: 15"

Lot 138 — Uniqseat 87" Sofa Couch

Lot 139 — 118" x 92" Area Rug

Lot 140 — Carved Style 2-Door Buffet & Sideboard Dimensions: L 31.5" W 15.5" H 38"

Lot 141 — Rustic Reclaimed Coffee Table Dimensions: H 19" L 56.5" W 38"

Lot 142 — Stone Top Parlor Side Table Dimensions: H 29" L 28" W 20"

Lot 143 — Textured Sectional Sofa Length of one side 128" Length of other side 98" H 35"

Lot 144 — Swivel Armchair Chair Dimensions: L 35" Seat height 17" H 34"

Lot 145 — 92" x 115" Area Rug

Lot 146 — Triangular Ottomans Dimensions: H 11" L 18" W 15"

Lot 147 — Dining Bar Stools One has pen markings on it and appears to have discoloring on the back. Please see photos. Dimensions: Seat height 28" W 20.5" H 42"

Lot 148 — Square Dining Table w/ 4 Chairs Table Dimensions: H 30" L 48"

Lot 149 — Pastoral Chicken Round Rug First image is a stock image.

Lot 150 — Stone Top Console Table Dimensions" H 32" L 5' W 18"

Lot 151 — 6-Drawer Dresser w/ Wall Mirror Dresser Dimensions: H 39" W 19" L 66" Wall Mirror L 45.5" x 43"

Lot 152 — 43" LG LED 4K UHD Smart TV Model 43UR8000AUA

Lot 153 — Elegant Traditional Full Bed

Lot 154 — Glass Top Nightstands Dimensions: H 28" L 24" W 17"

Lot 155 — Impressionist-Style Courtyard Wall Art 46" x 57.5"

Lot 156 — 117" x 91" Area Rug

Lot 157 — French Louis XVI Style Armchair Dimensions: L 25.5" Seat Height 13" H 37" W 21"

Lot 158 — LARGE 57" x 80.5" Venetian Canal Wall Art Dimensions: 57" x 80.5"

Lot 159 — LARGE Impressionist-Style Landscape Wall Art Dimensions: 80" x 56"

Lot 160 — Marble Top Bar & Lighted Back Bar Set Back Bar Dimensions: H 85.5" L 59" W 10" Front Bar Dimensions: H 43" L 66" W 19.5"

Lot 161 — Luxury Baroque Bar Stools Dimensions: Seat Height 28" H 4'

Lot 162 — Green Felt Pool Table Dimensions: L 99" W 55" H 31"

Lot 163 — Traditional Dark Toned Hutch / Bar Back Dimensions: H 85" L 59" W 10"

Lot 164 — Sportcraft Pool Cue Rack W/ Cues

Lot 165 — Counter-Height Stools (2) Dimensions: Seat height 25" H 42" L 20"

Lot 166 — Unique Faux Book Hidden Game Table & Chairs Dimensions: L 49" W 23.5"

Lot 167 — Harvil Dartboard Wall Cabinet Dimensions: H 25" L 22"

Lot 168 — Round Table w/ 3 Chairs Table Dimensions: H 35" L 30"

Lot 169 — Berner Billiards 12' Shuffleboard Table Dimensions: L 12' W 23.5" H 32"

Lot 170 — Sportcraft Foosball Table Dimensions: W 32.5" L 59.5" H 35"

Lot 171 — Poker Table w/ 4 Chairs Table Dimensions: H 29.5" L 46"

Lot 172 — Twin Star Electric Fireplace Dimensions: L 55" W 17" H 45"

Lot 173 — Woodland Encounter Bev Doolittle Art Print 33" x 20.5"

Lot 174 — Three More for Breakfast Bev Doolittle Print Numbered 20467/48000 SBA 19" x 19"

Lot 175 — Rustic Wooden Nightstands Dimensions: W 20" L 29.5" H 31"

Lot 176 — Baby Crib Dimensions: L 53.5" W 30" H 39.5"

Lot 177 — Louis XVI Style Square Back Armchair Dimensions: L 25" W 20.5" Seat height 12" H 37"

Lot 178 — J.Carson Owl Prints Wall Art 16" x 14"

Lot 179 — TV/Media Entertainment Armoire Dimensions: H 78" L 49" W 26"

Lot 180 — Pedestal Stand Dimensions: W 9" H 29.5"

Lot 181 — Animal Leg Footstool Dimensions: L 30" W 21" H 20"

Lot 182 — Regency Style Armchair Dimensions: H 36" L 24" Seat height 16"

Lot 183 — Metal Scroll Full Bed

Lot 184 — File Cabinet Side Tables Dimensions: H 24" W 15.5" L 18"

Lot 185 — Console Entryway Table Dimensions: H 30" L 55" W 14"

Lot 186 — Music in the Wind Bev Doolittle Art Print Numbered 4846/43520 SBA 43" x 17"

Lot 187 — Two Indian Horses Bev Doolittle Print 10" x 26.5"

Lot 188 — 95" x 117" Area Rug

Lot 189 — Butler Specialty End Table Dimensions: L 2' W 1' H 2'

Lot 190 — Wooden End Table Dimensions: L 26" W 18" H 24.5"

Lot 191 — Wood Frame Sofa Length 79"

Lot 192 — Wood Frame Chair #1 Dimensions: H 39" L 33" W 33"

Lot 193 — Wood Frame Chair #2 Dimensions: H 39" L 33" W 33"

Lot 194 — Wood Frame Chair #3 Dimensions: H 39" L 33" W 33"

Lot 195 — 8-Bottle Oval Wine Rack Side Table Dimensions: H 24.5" L 16" W 12.5"

Lot 196 — Butterfly & Flower Stained Glass Style Lamp Height 28.5"

Lot 197 — Stone Top Console Table Dimensions: H 31" L 5' W 18"

Lot 198 — Traditional Style Entertainment Console Contents NOT included. Dimensions: L 75" W 18" H 36"

Lot 199 — Patio Chairs & Petite Table Chair Dimensions: H 35.5" L 21.5"

Lot 200 — Metal Bistro Chairs & Table Table Dimensions: L 22" H 26"

Lot 201 — Console Entryway Table Dimensions: H 31" L 5' W 2'

Lot 202 — 4-Passenger Club Car Onward Golf Cart More info coming soon.

Lot 203 — TraegerWi-Fi Pellet Grill and Smoker

Lot 204 — (6) Patio Chairs w/ (2) Footstools * Fire pit NOT included. One chair has rocking chair legs. Chair Dimensions: Seat height 19" H 39" L 26"

Lot 205 — Vision Grills Kamado Grill

Lot 206 — 7' Glass Top Patio Table w/ 6 Chairs Table Dimensions: L 7' W 41.5" H 28" Chair Dimensions: Seat height 19" H 40"

Lot 207 — Outdoor Low Table Dimensions: L 45.5" H 23.5" W 25"

Lot 208 — Patio Bench w/ Cup Holders Dimensions: L 47" Seat Height 17" H 37.5"

Lot 209 — Patio Bench w/ Cup Holders Dimensions: L 47" Seat Height 17" H 37.5"

Lot 210 — Stanley Nightstands Dimensions: H 24" L 27.5" W 18"

Lot 211 — Tuscan-Style Accent Lamps Dimensions: H 18" W 14.5"

Lot 212 — J. Largo Cowboy Bust

Lot 213 — Green and Brass Trim Storage Trunk on Legs Dimensions: H 21.5" L 18.5" W 13.5"

Lot 214 — Arched Panel Door Armoire Dimensions: H 74.5" L 49" W 21"

Lot 215 — Four-Poster Full Bed

## CERTIFICATE OF SERVICE

Complete this certificate only after actual service. Identify every required recipient and use the service method required by the applicable rules and court orders. Attach additional recipient sheets if needed.

I certify that on ___________________ at __________, I served a true and complete copy of this Emergency Clarification, Renewed Ownership Claim, and Request, including Exhibit A, on the following recipients:

Recipient / party represented: ___________________________________
Service address: _____________________________________________

___________________________________________________________

Method of service: ___________________________________________

Recipient / party represented: ___________________________________
Service address: _____________________________________________

___________________________________________________________

Method of service: ___________________________________________

Recipient / party represented: ___________________________________
Service address: _____________________________________________

___________________________________________________________

Method of service: ___________________________________________

Notice efforts / additional recipients (attach sheet if needed):

___________________________________________________________

___________________________________________________________

Date: ___________________

Signature: ________________________________________________
Pamela J. Blosser


2:26-bk-20082-BPH Doc#: 375 Filed: 10/21/26 Page 7 of 7