**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

In re: Richard Blosser, Debtor
Chapter 7 | Case No.: 2:26-bk-20082

## EMERGENCY MOTION TO PRESERVE OCTOBER 21 AUCTION PROPERTY AND PROCEEDS, STOP NOVEMBER 4–5 SALES OF DISPUTED PROPERTY, AND SET AN EXPEDITED HEARING

To the Honorable Judge Benjamin P. Hursh:

I am Pamela J. Blosser, the debtor's spouse, but I am not a debtor in this case. I am representing myself. I assert ownership of the personal property described below and ask the Court to hear my claims before more property is sold.

### 1. October 21, 2026 auction

I claim that all personal property sold at the October 21 auction from the Westlake residence belongs to me. I object to its sale as property of the bankruptcy estate. I ask the Court, to the extent permitted by law, to preserve any unsurrendered items and disputed sale proceeds, and require the Trustee to provide the complete inventory, sale results, and an accounting of the proceeds. I request an opportunity to establish ownership of each disputed item.

### 2. November 4 and 5, 2026 auctions

I claim ownership of all of my jewelry, watches, rings, handbags, belts, scarves, clothing, shoes, hats, accessories, artwork, furnishings, household items, heirlooms, and other personal effects proposed for these auctions. I object to selling any property I claim as mine. I ask the Court to stop or postpone the November 4 and 5 sales of disputed property until my ownership claims can be heard.

### 3. Relief requested

I respectfully request (a) immediate temporary protection against transfer or sale of disputed property; (b) preservation and accounting of October 21 auction property and proceeds to the extent possible; (c) a complete itemized list of property scheduled for November 4 and 5; and (d) an expedited hearing before November 4 at which I can present documents and testimony proving ownership. I request relief under 11 U.S.C. §§ 541 and 363(e), and any other applicable law.

I understand that filing this motion does not itself stop a sale. I ask for an immediate ruling because the next auctions are approaching.

Dated: October 22, 2026

/s/ Pamela J. Blosser
Pamela J. Blosser, pro se
Mailing address: ______________________
Phone: 1 (310) 699-2113 Email: pamela4kids@gmail.com

### CERTIFICATE OF SERVICE

I certify that on October 22, 2026, I served this motion on the Chapter 7 Trustee, counsel for the Trustee, and other parties required by applicable rules, by the following method(s):

_________________________________.

/s/ Pamela J. Blosser (sign only after service is completed)