Darcy M. Crum
Darcy M. Crum PLLKC
300 Central Avenue, Suite 410
P. O. Box 2720
Great Falls, Montana 59403-2720
(406) 727-8400
State Bar I.D. Number 2886
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **RICHARD M. BLOSSER,** | ) | Case No. 2:26-bk-20082-BPH |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S REPORT OF AUCTION SALES**

Pursuant to Fed. R. Bankr. P. 6004(f)(1), Darcy M. Crum, Trustee, in the above-captioned case reports to the Court that pursuant to the appointment of auctioneer and after due notice to creditors and interested parties, on-line auctions were held on October 14, 2026 and October 21, 2026. The sales were conducted by Ross Mitchell and Go2Guys Auction. The estate property was the furniture, artwork, recreational vehicles and other personal property located in Debtor's former properties at 53 Fossil Road, Big Sky Montana and 456 Westlake Park Blvd., Bozeman, Montana. The gross proceeds from the two sales were $94,447.50. Commission and expenses reimbursed by Trustee were $46,664.79.

A report of items sold by the auctioneer at the two sales is attached hereto as Exhibit A and is incorporated herein by this reference.

DATED this 3rd day of November, 2026.

*/s/ Darcy M. Crum*
Darcy M. Crum
Chapter 7 Trustee

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 3rd day of November, 2026, all persons required to be served with a copy of the foregoing Report of Auction Sales were served electronically by CM/ECF, except for the following person(s) to whom a copy is being mailed first-class, postage prepaid:

**Richard M. Blosser**
164 Antler Ridge Lane
Kalispell, MT 59991
rbloss@gm.com

**Pamela Blosser**
164 Antler Ridge Lane
Kalispell, MT 59991
pamela4 kids@gmail.com
pamela 4kids@icloud.com

By */s/ Darcy M. Crum*____________
Darcy M. Crum