Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5960 |
| Date: | 11/3/2026 |
| Page: | 1 |

Consignor
Blosser Estate

Auction: Montana Grand Estate Auction

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 200 | 113" x 74" Persian-Style Area Rug | 1.00 | 270.00 | 270.00 | -94.50 | 0.00 |
| 201 | Rustic Wooden Lambing Chair #1 | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 202 | Rustic Wooden Lambing Chair #2 | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 203 | John Richard Carved Wood Console Table | 1.00 | 125.00 | 125.00 | -43.75 | 0.00 |
| 204 | Winback Office Chair | 1.00 | 175.00 | 175.00 | -61.25 | 0.00 |
| 205 | Modern Rustic Low Entryway Shoe Bench | 1.00 | 130.00 | 130.00 | -45.50 | 0.00 |
| 206 | Antique Sled Coffee Table | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 207 | B.C. Zheng Bronze Elk Sculpture | 1.00 | 320.00 | 320.00 | -112.00 | 0.00 |
| 208 | PXG 0311 T GEN3 Forged Iron Golf Clubs | 1.00 | 180.00 | 180.00 | -63.00 | 0.00 |
| 209 | Scotty Cameron 2005 Pebble Beach LE Putter | 1.00 | 310.00 | 310.00 | -108.50 | 0.00 |
| 210 | Traeger Ironwood 885 Wood Pellet Grill and Smoker | 1.00 | 235.00 | 235.00 | -82.25 | 0.00 |
| 211 | Two Cast Iron Garden Urn Planters | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 220 | Bronze Native American Chief Bust Artist SUNTI | 1.00 | 2,900.00 | 2,900.00 | -1,015.00 | 0.00 |
| 221 | Wooden Display Pedestal | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 222 | Round Lamp Table | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 223 | Upholstered Wingback Armchair #1 | 1.00 | 115.00 | 115.00 | -40.25 | 0.00 |
| 224 | Upholstered Wingback Armchair #2 | 1.00 | 115.00 | 115.00 | -40.25 | 0.00 |
| 225 | Petite Wooden Accent Table | 1.00 | 75.00 | 75.00 | -26.25 | 0.00 |
| 226 | Vanguard Furniture Sofa | 1.00 | 7.50 | 7.50 | -2.63 | 0.00 |
| 233 | Tobin Capp LE Bison Sculpture Bronze | 1.00 | 810.00 | 810.00 | -283.50 | 0.00 |
| 234 | Camelback Sofa | 1.00 | 12.50 | 12.50 | -4.38 | 0.00 |
| 235 | Scalloped Wood Coffee Table | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 236 | Traditional Wood Accent End Table | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 238 | Set of 3 Candle Antler Candelabras | 1.00 | 100.00 | 100.00 | -35.00 | 0.00 |
| 245 | Of Thunder & Lightning 72x54 Embellished Print | 1.00 | 1,525.00 | 1,525.00 | -533.75 | 0.00 |
| 247 | Tufted Armchair #1 | 1.00 | 95.00 | 95.00 | -33.25 | 0.00 |
| 248 | Round Rustic Wood Coffee Table | 1.00 | 95.00 | 95.00 | -33.25 | 0.00 |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5960 |
| Date: | 11/3/2026 |
| Page: | 2 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 249 | Tufted Armchair #2 | 1.00 | 100.00 | 100.00 | -35.00 | 0.00 |
| 250 | 44" x 73.5" Large Wall Mirror | 1.00 | 740.00 | 740.00 | -259.00 | 0.00 |
| 251 | 164" x 142" Area Rug | 1.00 | 990.00 | 990.00 | -346.50 | 0.00 |
| 252 | Old World Style Dark Wood Dining Table & 12 Chairs | 1.00 | 1,500.00 | 1,500.00 | -525.00 | 0.00 |
| 259 | Barcelona Console Table | 1.00 | 95.00 | 95.00 | -33.25 | 0.00 |
| 260 | Rustic Ceramic Floor Vases | 1.00 | 130.00 | 130.00 | -45.50 | 0.00 |
| 261 | (5) Harp-Back Dining Chairs & Dining Table | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 262 | Traditional Wooden Swivel Barstools | 1.00 | 320.00 | 320.00 | -112.00 | 0.00 |
| 263 | 163" x 120" Area Rug | 1.00 | 1,010.00 | 1,010.00 | -353.50 | 0.00 |
| 264 | Replogle 16" World Classic Series Globe | 1.00 | 120.00 | 120.00 | -42.00 | 0.00 |
| 265 | 76" x 48" Rug | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 266 | Nightstand Side Table | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 267 | Large Floor Floral Design Vase #1 | 1.00 | 175.00 | 175.00 | -61.25 | 0.00 |
| 268 | Maitland-Smith Floor Floral Design Vase #2 | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 269 | Rustic Multi-armed Wrought Iron Floor Candelabra | 1.00 | 75.00 | 75.00 | -26.25 | 0.00 |
| 270 | Ansley End Table | 1.00 | 90.00 | 90.00 | -31.50 | 0.00 |
| 271 | Carved Four-Poster King Bed Frame | 1.00 | 780.00 | 780.00 | -273.00 | 0.00 |
| 272 | Rustic Multi-armed Wrought Iron Floor Candelabra | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 273 | Upholstered Chaise Lounge | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 274 | Twisted Floor Lamp | 1.00 | 90.00 | 90.00 | -31.50 | 0.00 |
| 276 | Accent End Table | 1.00 | 25.00 | 25.00 | -8.75 | 0.00 |
| 277 | 3-Tier Accent Table | 1.00 | 22.50 | 22.50 | -7.88 | 0.00 |
| 278 | Mission-Style Panel Queen Bed Frame | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 279 | Rustic Wooden Storage Chest | 1.00 | 320.00 | 320.00 | -112.00 | 0.00 |
| 280 | Art Deco-Inspired Round Accent Table | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 281 | CM Russell Bronco Twister Bronze | 1.00 | 590.00 | 590.00 | -206.50 | 0.00 |
| 282 | Traditional Queen Bed Frame | 1.00 | 310.00 | 310.00 | -108.50 | 0.00 |
| 283 | Country Cabin End Table | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 285 | Velvet Wingback Accent Chair | 1.00 | 330.00 | 330.00 | -115.50 | 0.00 |
| 286 | Round Top Side Table | 1.00 | 42.50 | 42.50 | -14.88 | 0.00 |
| 287 | Vintage Style Scalloped Full Bed Frame #1 | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 288 | Vintage Style Scalloped Full Bed Frame #2 | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 289 | 3-Drawer Chest of Drawers | 1.00 | 60.00 | 60.00 | -21.00 | 0.00 |
| 290 | French Country Demilune Table | 1.00 | 27.50 | 27.50 | -9.63 | 0.00 |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5960 |
| Date: | 11/3/2026 |
| Page: | 3 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 291 | Vintage-Style Upholstered Armchair | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 292 | 193" x 47" Runner Rug | 1.00 | 1,150.00 | 1,150.00 | -402.50 | 0.00 |
| 293 | Antique-Style Carved Wood Side Table | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 294 | Alexander Taylor Red Arm Chair #1 | 1.00 | 1,010.00 | 1,010.00 | -353.50 | 0.00 |
| 295 | Alexander Taylor Red Arm Chair #2 | 1.00 | 1,010.00 | 1,010.00 | -353.50 | 0.00 |
| 296 | Tufted Brown Velvet Sofa W/ Paisley Leopard Seat | 1.00 | 125.00 | 125.00 | -43.75 | 0.00 |
| 297 | Bond St London Coffee Table Trunk | 1.00 | 310.00 | 310.00 | -108.50 | 0.00 |
| 298 | Copper Firewood Holder | 1.00 | 460.00 | 460.00 | -161.00 | 0.00 |
| 299 | Rustic Swivel Bar Stools | 1.00 | 810.00 | 810.00 | -283.50 | 0.00 |
| 300 | Two-Tier End Side Parlor Table | 1.00 | 80.00 | 80.00 | -28.00 | 0.00 |
| 301 | B.C. Zheng Bronze Recumbent Stag Deer Sculpture | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 302 | Barley Twist Leg Console Table | 1.00 | 145.00 | 145.00 | -50.75 | 0.00 |
| 303 | 160" x 120" Area Rug | 1.00 | 390.00 | 390.00 | -136.50 | 0.00 |
| 304 | Red Top Pool Table | 1.00 | 500.00 | 500.00 | -175.00 | 0.00 |
| 305 | Carved Wood Back-Bar Mirror | 1.00 | 60.00 | 60.00 | -21.00 | 0.00 |
| 306 | Maitland-Smith Chess Table | 1.00 | 110.00 | 110.00 | -38.50 | 0.00 |
| 307 | Rustic Bar Stools | 1.00 | 80.00 | 80.00 | -28.00 | 0.00 |
| 308 | 42" Tall Round Wooden Pub Table | 1.00 | 70.00 | 70.00 | -24.50 | 0.00 |
| 309 | Lahore Collection 8'11" x 11'8" Area Rug | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 310 | Octagonal Western Leather & Cowhide Stool | 1.00 | 250.00 | 250.00 | -87.50 | 0.00 |
| 311 | Octagonal Western Leather & Cowhide Stool | 1.00 | 280.00 | 280.00 | -98.00 | 0.00 |
| 312 | Octagonal Western Leather & Cowhide Stool | 1.00 | 280.00 | 280.00 | -98.00 | 0.00 |
| 313 | Alexander Taylor Sectional | 1.00 | 3,350.00 | 3,350.00 | -1,172.50 | 0.00 |
| 314 | Gray Wicker Egg-Shaped Patio Chair | 1.00 | 110.00 | 110.00 | -38.50 | 0.00 |
| 315 | Gray Wicker Egg-Shaped Patio Chair | 1.00 | 110.00 | 110.00 | -38.50 | 0.00 |
| 316 | Rustic Square Coffee Table | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 317 | Maitland-Smith Faux Zebra Accent Chairs | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 318 | Alexandra Accent Table | 1.00 | 47.50 | 47.50 | -16.63 | 0.00 |
| 319 | Alexandra Accent Table | 1.00 | 42.50 | 42.50 | -14.88 | 0.00 |
| 320 | 161" x 27" Runner Rug | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 321 | 86" x 52" Area Rug | 1.00 | 95.00 | 95.00 | -33.25 | 0.00 |
| 323 | 73" x 57" Area Rug | 1.00 | 100.00 | 100.00 | -35.00 | 0.00 |
| 324 | 24" x 95" Rug | 1.00 | 47.50 | 47.50 | -16.63 | 0.00 |
| 325 | Zebra Print High Back Sofa | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 326 | Buffet Cabinet | 1.00 | 140.00 | 140.00 | -49.00 | 0.00 |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5960 |
| Date: | 11/3/2026 |
| Page: | 4 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 327 | Peloton Exercise Bike | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 328 | Upholstered Ottoman | 1.00 | 70.00 | 70.00 | -24.50 | 0.00 |
| 330 | Alexander Taylor Rustic Arm Chair | 1.00 | 400.00 | 400.00 | -140.00 | 0.00 |
| 331 | Pierre Jules Mene Elk Bronze | 1.00 | 490.00 | 490.00 | -171.50 | 0.00 |
| 332 | Circle Side Table | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 333 | Chinoiserie Black Coffee Table | 1.00 | 47.50 | 47.50 | -16.63 | 0.00 |
| 334 | 67" Madrid Floor Lamp | 1.00 | 47.50 | 47.50 | -16.63 | 0.00 |
| 335 | Apothecary-Style Side Table | 1.00 | 215.00 | 215.00 | -75.25 | 0.00 |
| 336 | Drexel Heritage Dresser | 1.00 | 860.00 | 860.00 | -301.00 | 0.00 |
| 337 | Rustic Upholstery Queen Bed Frame | 1.00 | 370.00 | 370.00 | -129.50 | 0.00 |
| 338 | Traditional-Style Accent Cabinet Side Table | 1.00 | 60.00 | 60.00 | -21.00 | 0.00 |
| 339 | Traditional Dark Wood King Bed Frame | 1.00 | 410.00 | 410.00 | -143.50 | 0.00 |
| 340 | Pearson Velvet Arm Chair | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 342 | Dog Stairs for Bed | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 343 | Demilune Console Cabinet | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 344 | Circle Accent Table | 1.00 | 47.50 | 47.50 | -16.63 | 0.00 |
| 345 | Bird Garden Bench | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 346 | "Those Whom the Gods" Gersten Oil on Canvas | 1.00 | 5,150.00 | 5,150.00 | -1,802.50 | 0.00 |
| 348 | Mountain Profile 930 Snowshoes | 1.00 | 110.00 | 110.00 | -38.50 | 0.00 |
| 349 | Hart Cheetah 152 cm Skis & Hart Cheetah Skis | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 351 | Rossignol S7 178cm Skis | 1.00 | 75.00 | 75.00 | -26.25 | 0.00 |
| 352 | Salomon Assassin Snowboard 163cm | 1.00 | 95.00 | 95.00 | -33.25 | 0.00 |
| 354 | Flexable Snow Sleds | 1.00 | 22.50 | 22.50 | -7.88 | 0.00 |
| 355 | Bocce Ball Sets | 1.00 | 15.00 | 15.00 | -5.25 | 0.00 |
| 356 | 42" Square Wall Mirror | 1.00 | 80.00 | 80.00 | -28.00 | 0.00 |
| 357 | Collection of Table Lamps #1 | 1.00 | 320.00 | 320.00 | -112.00 | 0.00 |
| 358 | Collection of Table Lamps #2 | 1.00 | 35.00 | 35.00 | -12.25 | 0.00 |
| 359 | Scroll Style Table Lamp | 1.00 | 7.50 | 7.50 | -2.63 | 0.00 |
| 360 | Pair of Table Lamps | 1.00 | 80.00 | 80.00 | -28.00 | 0.00 |
| 361 | 3' Monkey Butler Statue | 1.00 | 270.00 | 270.00 | -94.50 | 0.00 |
| 362 | Stacked Candlestick Style Floor Lamp | 1.00 | 50.00 | 50.00 | -17.50 | 0.00 |
| 363 | Italian Rococo-Style Table Lamp | 1.00 | 12.50 | 12.50 | -4.38 | 0.00 |
| 364 | Bob Gear Revolution Single Jogging Stroller | 1.00 | 150.00 | 150.00 | -52.50 | 0.00 |
| 365 | YETI V Series Stainless Steel Hard Cooler | 1.00 | 310.00 | 310.00 | -108.50 | 0.00 |
| 367 | Lexicon GX-7 7-Channel Power Amplifier | 1.00 | 390.00 | 390.00 | -136.50 | 0.00 |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5960 |
| Date: | 11/3/2026 |
| Page: | 5 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 368 | Theophanes Andokides Impressionist Painting | 1.00 | 70.00 | 70.00 | -24.50 | 0.00 |
| 369 | Wolf Gourmet Programmable Coffee Maker | 1.00 | 115.00 | 115.00 | -40.25 | 0.00 |
| 370 | Wolf Gourmet Elite Countertop Convection Oven | 1.00 | 135.00 | 135.00 | -47.25 | 0.00 |
| 371 | Keurig K-Supreme Plus Coffee Maker | 1.00 | 30.00 | 30.00 | -10.50 | 0.00 |
| 372 | Callaway Forged Apex Iron Set | 1.00 | 130.00 | 130.00 | -45.50 | 0.00 |
| 373 | Cuisinart Coffee Maker with Built-in Grinder | 1.00 | 40.00 | 40.00 | -14.00 | 0.00 |
| 374 | Florian Dinnerware Set Stoneware | 1.00 | 175.00 | 175.00 | -61.25 | 0.00 |
| 375 | TreeKeeper Rolling Wrapping Paper Storage Containr | 1.00 | 20.00 | 20.00 | -7.00 | 0.00 |
| 376 | Ski Poles | 1.00 | 12.50 | 12.50 | -4.38 | 0.00 |
| 377 | Smeg Retro 4 Slot Toaster | 1.00 | 140.00 | 140.00 | -49.00 | 0.00 |
| 378 | ANTBOX Shoe Organizer Storage Boxes | 1.00 | 40.00 | 40.00 | -14.00 | 0.00 |
| 379 | GE Profile Countertop Microwave | 1.00 | 30.00 | 30.00 | -10.50 | 0.00 |
| 380 | Valais - le pays du soleil Ski Wall Art | 1.00 | 140.00 | 140.00 | -49.00 | 0.00 |
| 381 | Gliding Home Watson Wall Art | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 382 | Going Fishing Wall Art Print | 1.00 | 27.50 | 27.50 | -9.63 | 0.00 |
| 383 | 6' Climbing Black Bear Tree Decor | 1.00 | 50.00 | 50.00 | -17.50 | 0.00 |
| 384 | Dynaudio Sub 250 & Focus 220 Speakers | 1.00 | 530.00 | 530.00 | -185.50 | 0.00 |
| 385 | River Grazing E Noble Wall Art | 1.00 | 80.00 | 80.00 | -28.00 | 0.00 |
| 386 | Montana Topographical Map Framed | 1.00 | 300.00 | 300.00 | -105.00 | 0.00 |
| 387 | Vintage Travel Poster Reproduction Wall Art #1 | 1.00 | 170.00 | 170.00 | -59.50 | 0.00 |
| 388 | Vintage Travel Poster Reproduction Wall Art #2 | 1.00 | 170.00 | 170.00 | -59.50 | 0.00 |
| 389 | Vintage Travel Poster Reproduction Wall Art #3 | 1.00 | 185.00 | 185.00 | -64.75 | 0.00 |
| 391 | Tote of Home Decor #3 | 1.00 | 37.50 | 37.50 | -13.13 | 0.00 |
| 392 | Tote of Kitchen Items #1 | 1.00 | 40.00 | 40.00 | -14.00 | 0.00 |
| 393 | Tote of Home Decor #4 | 1.00 | 25.00 | 25.00 | -8.75 | 0.00 |
| 394 | Tote of Misc Homegoods #1 | 1.00 | 10.00 | 10.00 | -3.50 | 0.00 |
| 395 | Tote of Kitchen Items #2 | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 396 | Tote of Kitchen Items #3 | 1.00 | 42.50 | 42.50 | -14.88 | 0.00 |
| 397 | Tote of Misc Homegoods #2 | 1.00 | 200.00 | 200.00 | -70.00 | 0.00 |
| 398 | Perfume and Cologne Collection | 1.00 | 215.00 | 215.00 | -75.25 | 0.00 |
| 399 | Alexander Taylor Rustic Arm Chair | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 400 | Pair of Santas | 1.00 | 10.00 | 10.00 | -3.50 | 0.00 |
| 401 | Shadow Catchers There's a Bear in There Wall Art | 1.00 | 22.50 | 22.50 | -7.88 | 0.00 |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718
Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5960 |
| Date: | 11/3/2026 |
| Page: | 6 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 402 | Decorative Reindeer | 1.00 | 30.00 | 30.00 | -10.50 | 0.00 |
| 403 | Snowboard Bindings | 1.00 | 27.50 | 27.50 | -9.63 | 0.00 |
| 404 | White Igloo Cooler | 1.00 | 30.00 | 30.00 | -10.50 | 0.00 |
| 406 | Trek 3700 3 Series Bike | 1.00 | 70.00 | 70.00 | -24.50 | 0.00 |
| 407 | Thrive CoMax 1 Disc Bike | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 408 | 10' & 8' Ladder | 1.00 | 100.00 | 100.00 | -35.00 | 0.00 |
| 409 | Two Camp Chairs & an Umbrella | 1.00 | 22.50 | 22.50 | -7.88 | 0.00 |
| 411 | Child with Golondrina Bird Sculpture | 1.00 | 215.00 | 215.00 | -75.25 | 0.00 |
| 412 | Porter-Cable 150psi 6 Gal Portable Air Compressor | 1.00 | 50.00 | 50.00 | -17.50 | 0.00 |
| 413 | Two Orante Wall Mirrors | 1.00 | 100.00 | 100.00 | -35.00 | 0.00 |
| 414 | Aaron Hazel – Pioneer Woman with Rifle Painting | 1.00 | 2,950.00 | 2,950.00 | -1,032.50 | 0.00 |
| 415 | Western Wall Art | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 416 | Ernst Heyn Wall Art Prints | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 417 | Tote of Cosmetics Products -Read Description- | 1.00 | 7.50 | 7.50 | -2.63 | 0.00 |
| 418 | Geometic Floor Vase | 1.00 | 35.00 | 35.00 | -12.25 | 0.00 |
| 419 | Power XL Smokeless Grill Pro | 1.00 | 30.00 | 30.00 | -10.50 | 0.00 |
| 420 | Orvis Fly Reels & Fishing Flies | 1.00 | 95.00 | 95.00 | -33.25 | 0.00 |
| 421 | Honeywell Air Purifier & Lasko Tower Fan | 1.00 | 27.50 | 27.50 | -9.63 | 0.00 |
| 422 | Baroque Style Wall Mirror | 1.00 | 40.00 | 40.00 | -14.00 | 0.00 |
| 423 | Tote of Kitchen Items #4 | 1.00 | 80.00 | 80.00 | -28.00 | 0.00 |
| 424 | Autumn Pheasants Bookends | 1.00 | 60.00 | 60.00 | -21.00 | 0.00 |
| 425 | Rooster Wall Art | 1.00 | 120.00 | 120.00 | -42.00 | 0.00 |
| 426 | Shot Ski | 1.00 | 42.50 | 42.50 | -14.88 | 0.00 |
| 427 | Carolyn Kinder Durastone Sculpture Duck Box | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 428 | Vintage-Style Desk Telescope & Letter Opener | 1.00 | 60.00 | 60.00 | -21.00 | 0.00 |
| 429 | Coffee Mugs | 1.00 | 12.50 | 12.50 | -4.38 | 0.00 |
| 430 | Ojibwa Woman and Child MOR Print | 1.00 | 30.00 | 30.00 | -10.50 | 0.00 |
| 431 | Oval Wall Mirror | 1.00 | 10.00 | 10.00 | -3.50 | 0.00 |
| 432 | Portable Air Conditioners | 1.00 | 330.00 | 330.00 | -115.50 | 0.00 |
| 433 | Rustic Bronze-Finished Pillar Candle Holders | 1.00 | 15.00 | 15.00 | -5.25 | 0.00 |
| 434 | White Buffalo Kachina (White Buffalo Warrior) | 1.00 | 35.00 | 35.00 | -12.25 | 0.00 |
| 435 | Miele C3 Canister Vacuum Cleaner | 1.00 | 150.00 | 150.00 | -52.50 | 0.00 |
| 436 | Theophanes Andokides Impressionist Paintings | 1.00 | 50.00 | 50.00 | -17.50 | 0.00 |
| 437 | Landscape Wall Art #1 | 1.00 | 22.50 | 22.50 | -7.88 | 0.00 |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5960 |
| Date: | 11/3/2026 |
| Page: | 7 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 438 | Landscape Wall Art #2 | 1.00 | 22.50 | 22.50 | -7.88 | 0.00 |
| 439 | Tree Wall Art | 1.00 | 15.00 | 15.00 | -5.25 | 0.00 |
| 440 | Johann Elias Ridinger Reproduction Wall Art Print | 1.00 | 37.50 | 37.50 | -13.13 | 0.00 |
| 441 | Willard Metcalf White Veil Framed Wall Art Print | 1.00 | 27.50 | 27.50 | -9.63 | 0.00 |
| 600 | Ski-Doo Expedition Rotax V 1000 4-Tec Snowmobile | 1.00 | 1,825.00 | 1,825.00 | -638.75 | 0.00 |
| | | | | | CO Expense | ( 6,804.00) |

| | |
|---|---|
| Total Quantity: | 203.00 |
| Total Invoice Sale Price: | 52,917.50 |
| Total Expenses: | ( 6,804.00) |
| Total Commission: | ( 18,521.27) |
| Total Due to Consignor: | 27,592.23 |
| Total Payments: | 0.00 |
| Balance: | $27,592.23 |

Positive Balance, Monies Owed to Consignor

Inventory Remaining For This Consignment Order

COMMISSION SETTINGS

Calculate Commission By: Each
Commission Structure Type: Fixed

| | |
|---|---|
| Any Amount | 35% |

BUY BACK SETTINGS

Calculate Buy Back By: Each
Buy Back Structure Type: Fixed

| | |
|---|---|
| Any Amount | 0% |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5962 |
| Date: | 11/3/2026 |
| Page: | 1 |

Consignor
Blosser Estate

Auction: Bozeman Montana Grand Estate Auction Part II

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 100 | Wood Armchair | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 101 | Safavieh Bellagio 8' x 10' Rug | 1.00 | 120.00 | 120.00 | -42.00 | 0.00 |
| 102 | John Widdicomb Decorated Console Table | 1.00 | 2,375.00 | 2,375.00 | -831.25 | 0.00 |
| 103 | 52" x 64" Large Wall Mirror | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 104 | Louis XV Style Side Table #1 | 1.00 | 150.00 | 150.00 | -52.50 | 0.00 |
| 105 | French Provincial Style Armchair | 1.00 | 125.00 | 125.00 | -43.75 | 0.00 |
| 106 | Dining Table w/ (6) Upholstered Chairs | 1.00 | 2,100.00 | 2,100.00 | -735.00 | 0.00 |
| 107 | Art Nouveau Style Buffet Cabinet | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 108 | Louis XV Style Side Table #2 | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 109 | American Heritage Red Tufted Armchair #1 | 1.00 | 630.00 | 630.00 | -220.50 | 0.00 |
| 110 | Victorian Style Armchair #1 | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 111 | American Heritage Red Tufted Armchair #2 | 1.00 | 620.00 | 620.00 | -217.00 | 0.00 |
| 112 | Rachlin Classics Curved Sectional Sofa w/ Ottoman | 1.00 | 540.00 | 540.00 | -189.00 | 0.00 |
| 113 | Victorian Style Armchair #2 | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 114 | Traditional China Cabinet | 1.00 | 300.00 | 300.00 | -105.00 | 0.00 |
| 115 | Dining Room Cabinet | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 116 | Ghazni Collection 9'3" x 12'6" Area Rug | 1.00 | 250.00 | 250.00 | -87.50 | 0.00 |
| 117 | Open Bookcase | 1.00 | 280.00 | 280.00 | -98.00 | 0.00 |
| 118 | Piano Top Folding Wood Desk | 1.00 | 290.00 | 290.00 | -101.50 | 0.00 |
| 119 | Carved Wood Dining Chair | 1.00 | 85.00 | 85.00 | -29.75 | 0.00 |
| 120 | 50" x 74" Rug | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 121 | Wingback Tufted Armchair #1 | 1.00 | 530.00 | 530.00 | -185.50 | 0.00 |
| 122 | Upholstered Armchair | 1.00 | 165.00 | 165.00 | -57.75 | 0.00 |
| 123 | Wingback Tufted Armchair #2 | 1.00 | 530.00 | 530.00 | -185.50 | 0.00 |
| 124 | Floor Lamp 62" | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 125 | Young Chang Baby Grand Piano (Model G-157) | 1.00 | 1,125.00 | 1,125.00 | -393.75 | 0.00 |
| 126 | Mediterranean Style Buffet | 1.00 | 135.00 | 135.00 | -47.25 | 0.00 |
| 127 | American Heritage Sectional | 1.00 | 390.00 | 390.00 | -136.50 | 0.00 |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5962 |
| Date: | 11/3/2026 |
| Page: | 2 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 128 | Rustic Contemporary Nightstands | 1.00 | 170.00 | 170.00 | -59.50 | 0.00 |
| 129 | King Bed Frame w/ Lights | 1.00 | 130.00 | 130.00 | -45.50 | 0.00 |
| 130 | 7-Drawer Dresser | 1.00 | 290.00 | 290.00 | -101.50 | 0.00 |
| 131 | LG 75" Class - UT8000 Series - 4K UHD LED LCD TV | 1.00 | 235.00 | 235.00 | -82.25 | 0.00 |
| 132 | Glamour Floor Mirror w/Jewelry Armoire Storage | 1.00 | 490.00 | 490.00 | -171.50 | 0.00 |
| 133 | CRAFT Teal Carved Wood Peacock Storage Cabinet | 1.00 | 410.00 | 410.00 | -143.50 | 0.00 |
| 134 | Dutch Colonial Style Storage Cabinet Indonesian | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 135 | Red Tufted Chair on Casters w/ Footstool | 1.00 | 185.00 | 185.00 | -64.75 | 0.00 |
| 136 | LG 50" LED 4K UHD Smart TV | 1.00 | 75.00 | 75.00 | -26.25 | 0.00 |
| 137 | Red Tufted Chair & Footstool w/ Casters | 1.00 | 185.00 | 185.00 | -64.75 | 0.00 |
| 139 | 118" x 92" Area Rug | 1.00 | 280.00 | 280.00 | -98.00 | 0.00 |
| 140 | Carved Style 2-Door Buffet & Sideboard | 1.00 | 130.00 | 130.00 | -45.50 | 0.00 |
| 141 | Rustic Reclaimed Coffee Table | 1.00 | 560.00 | 560.00 | -196.00 | 0.00 |
| 142 | Stone Top Parlor Side Table | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 143 | Textured Sectional Sofa | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 144 | Swivel Armchair Chair | 1.00 | 85.00 | 85.00 | -29.75 | 0.00 |
| 145 | 92" x 115" Area Rug | 1.00 | 135.00 | 135.00 | -47.25 | 0.00 |
| 146 | Triangular Ottomans | 1.00 | 90.00 | 90.00 | -31.50 | 0.00 |
| 147 | Dining Bar Stools | 1.00 | 100.00 | 100.00 | -35.00 | 0.00 |
| 148 | Square Dining Table w/ 4 Chairs | 1.00 | 300.00 | 300.00 | -105.00 | 0.00 |
| 149 | Pastoral Chicken Round Rug | 1.00 | 140.00 | 140.00 | -49.00 | 0.00 |
| 150 | Stone Top Console Table | 1.00 | 255.00 | 255.00 | -89.25 | 0.00 |
| 151 | 6-Drawer Dresser w/ Wall Mirror | 1.00 | 125.00 | 125.00 | -43.75 | 0.00 |
| 152 | 43" LG LED 4K UHD Smart TV | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 153 | Elegant Traditional Queen Bed Frame | 1.00 | 210.00 | 210.00 | -73.50 | 0.00 |
| 154 | Glass Top Nightstands | 1.00 | 220.00 | 220.00 | -77.00 | 0.00 |
| 155 | Impressionist-Style Courtyard Wall Art | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 156 | 117" x 91" Area Rug | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 157 | French Louis XVI Style Armchair | 1.00 | 140.00 | 140.00 | -49.00 | 0.00 |
| 158 | LARGE 57" x 80.5" Venetian Canal Wall Art | 1.00 | 360.00 | 360.00 | -126.00 | 0.00 |
| 159 | LARGE Impressionist-Style Landscape Wall Art | 1.00 | 410.00 | 410.00 | -143.50 | 0.00 |
| 160 | Marble Top Bar & Lighted Back Bar Set | 1.00 | 1,325.00 | 1,325.00 | -463.75 | 0.00 |
| 161 | Luxury Baroque Bar Stools | 1.00 | 410.00 | 410.00 | -143.50 | 0.00 |

Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5962 |
| Date: | 11/3/2026 |
| Page: | 3 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 162 | Green Felt Pool Table | 1.00 | 510.00 | 510.00 | -178.50 | 0.00 |
| 163 | Traditional Dark Toned Hutch / Bar Back | 1.00 | 115.00 | 115.00 | -40.25 | 0.00 |
| 164 | Sportcraft Pool Cue Rack W/ Cues | 1.00 | 35.00 | 35.00 | -12.25 | 0.00 |
| 165 | Counter-Height Stools (2) | 1.00 | 70.00 | 70.00 | -24.50 | 0.00 |
| 166 | Unique Faux Book Hidden Game Table & Chairs | 1.00 | 510.00 | 510.00 | -178.50 | 0.00 |
| 167 | Harvil Dartboard Wall Cabinet | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 168 | Round Table w/ 3 Chairs | 1.00 | 200.00 | 200.00 | -70.00 | 0.00 |
| 169 | Berner Billiards 12' Shuffleboard Table | 1.00 | 500.00 | 500.00 | -175.00 | 0.00 |
| 170 | Sportcraft Foosball Table | 1.00 | 570.00 | 570.00 | -199.50 | 0.00 |
| 171 | Poker Table w/ 4 Chairs | 1.00 | 410.00 | 410.00 | -143.50 | 0.00 |
| 172 | Twin Star Electric Fireplace | 1.00 | 190.00 | 190.00 | -66.50 | 0.00 |
| 173 | Woodland Encounter Bev Doolittle Art Print | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 174 | Three More for Breakfast Bev Doolittle Print | 1.00 | 165.00 | 165.00 | -57.75 | 0.00 |
| 175 | Rustic Wooden Nightstands | 1.00 | 340.00 | 340.00 | -119.00 | 0.00 |
| 176 | Baby Crib | 1.00 | 60.00 | 60.00 | -21.00 | 0.00 |
| 177 | Louis XVI Style Square Back Armchair | 1.00 | 110.00 | 110.00 | -38.50 | 0.00 |
| 178 | J.Carson Owl Prints Wall Art | 1.00 | 35.00 | 35.00 | -12.25 | 0.00 |
| 179 | TV/Media Entertainment Armoire | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 180 | Pedestal Stand | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 181 | Animal Leg Footstool | 1.00 | 22.50 | 22.50 | -7.88 | 0.00 |
| 182 | Regency Style Armchair | 1.00 | 180.00 | 180.00 | -63.00 | 0.00 |
| 183 | Metal Scroll Queen Bed Frame | 1.00 | 160.00 | 160.00 | -56.00 | 0.00 |
| 184 | File Cabinet Side Tables | 1.00 | 60.00 | 60.00 | -21.00 | 0.00 |
| 185 | Console Entryway Table | 1.00 | 220.00 | 220.00 | -77.00 | 0.00 |
| 186 | Music in the Wind Bev Doolittle Art Print | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 187 | Two Indian Horses Bev Doolittle Print | 1.00 | 175.00 | 175.00 | -61.25 | 0.00 |
| 188 | 95" x 117" Chateaux Area Rug | 1.00 | 125.00 | 125.00 | -43.75 | 0.00 |
| 189 | Butler Specialty End Table | 1.00 | 27.50 | 27.50 | -9.63 | 0.00 |
| 190 | Wooden End Table | 1.00 | 65.00 | 65.00 | -22.75 | 0.00 |
| 191 | Wood Frame Sofa | 1.00 | 5.00 | 5.00 | -1.75 | 0.00 |
| 192 | Wood Frame Chair #1 | 1.00 | 15.00 | 15.00 | -5.25 | 0.00 |
| 193 | Wood Frame Chair #2 | 1.00 | 15.00 | 15.00 | -5.25 | 0.00 |
| 194 | Wood Frame Chair #3 | 1.00 | 10.00 | 10.00 | -3.50 | 0.00 |
| 195 | 8-Bottle Oval Wine Rack Side Table | 1.00 | 5.00 | 5.00 | -1.75 | 0.00 |
| 196 | Butterfly & Flower Stained Glass Style Lamp | 1.00 | 400.00 | 400.00 | -140.00 | 0.00 |

# Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5962 |
| Date: | 11/3/2026 |
| Page: | 4 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 197 | Stone Top Console Table | 1.00 | 230.00 | 230.00 | -80.50 | 0.00 |
| 198 | Traditional Style Entertainment Console | 1.00 | 32.50 | 32.50 | -11.38 | 0.00 |
| 199 | Patio Chairs & Petite Table | 1.00 | 5.00 | 5.00 | -1.75 | 0.00 |
| 200 | Metal Bistro Chairs & Table | 1.00 | 55.00 | 55.00 | -19.25 | 0.00 |
| 201 | Console Folding Entryway Table | 1.00 | 105.00 | 105.00 | -36.75 | 0.00 |
| 203 | TraegerWi-Fi Pellet Grill and Smoker | 1.00 | 235.00 | 235.00 | -82.25 | 0.00 |
| 204 | (6) Patio Chairs w/ (2) Footstools | 1.00 | 610.00 | 610.00 | -213.50 | 0.00 |
| 205 | Vision Grills Kamado Grill | 1.00 | 110.00 | 110.00 | -38.50 | 0.00 |
| 206 | 7' Glass Top Patio Table w/ 6 Chairs | 1.00 | 470.00 | 470.00 | -164.50 | 0.00 |
| 207 | Outdoor Low Table | 1.00 | 7.50 | 7.50 | -2.63 | 0.00 |
| 208 | YEFU Patio Bench w/ Cup Holders | 1.00 | 125.00 | 125.00 | -43.75 | 0.00 |
| 209 | YEFU Patio Bench w/ Cup Holders | 1.00 | 125.00 | 125.00 | -43.75 | 0.00 |
| 210 | Stanley Nightstands | 1.00 | 225.00 | 225.00 | -78.75 | 0.00 |
| 211 | Tuscan-Style Accent Lamps | 1.00 | 180.00 | 180.00 | -63.00 | 0.00 |
| 212 | J. Largo Cowboy Bust | 1.00 | 340.00 | 340.00 | -119.00 | 0.00 |
| 213 | Green and Brass Trim Storage Trunk on Legs | 1.00 | 205.00 | 205.00 | -71.75 | 0.00 |
| 214 | Stanley Arched Panel Door Armoire | 1.00 | 270.00 | 270.00 | -94.50 | 0.00 |
| 215 | Four-Poster Queen Bed Frame | 1.00 | 320.00 | 320.00 | -112.00 | 0.00 |
| 216 | Rustic Queen Bed Frame | 1.00 | 155.00 | 155.00 | -54.25 | 0.00 |
| 500 | 2023 Club Car 4 Passenger Electric Golf Cart | 1.00 | 5,050.00 | 5,050.00 | -1,767.50 | 0.00 |
| 550 | 2011 Sea-Doo GTX 215 Rotax 4TEC Jet Skis & Traile | 1.00 | 5,550.00 | 5,550.00 | -1,942.50 | 0.00 |

CO Expense ( 6,804.00)

| | |
|---|---|
| Total Quantity: | 117.00 |
| Total Invoice Sale Price: | 41,530.00 |
| Total Expenses: | ( 6,804.00) |
| Total Commission: | ( 14,535.52) |
| Total Due to Consignor: | 20,190.48 |
| Total Payments: | 0.00 |
| Balance: | $20,190.48 |

Positive Balance, Monies Owed to Consignor

Inventory Remaining For This Consignment Order

COMMISSION SETTINGS

Calculate Commission By: Each

Commission Structure Type: Fixed

| | |
|---|---|
| Any Amount | 35% |

BUY BACK SETTINGS

Calculate Buy Back By: Each

Buy Back Structure Type: Fixed

| | |
|---|---|
| Any Amount | 0% |

# Consignor Settlement

Go2GuysAuction.com
50 Hulbert Rd E.
Bozeman, MT 59718

Phone: 406-813-8585

| | |
|---|---|
| CO #: | 5962 |
| Date: | 11/3/2026 |
| Page: | 5 |