**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>**RICHARD M. BLOSSER,**<br><br>Debtor. | Case No. **2:26-bk-20082-BPH** |

## ORDER

In this Chapter 7 bankruptcy, the Court issued an Order to Show Cause on October 21, 2026, at ECF No. 387 ("Show Cause Order"), requiring Pawn 1 Columbia Falls to appear on November 5, 2026, and show cause why it should not be required to turnover certain jewelry to the Chapter 7 Trustee in this case. The Trustee subsequently filed a Report to the Court on November 4, 2026, at ECF No. 439, explaining that the jewelry had been turned over. Accordingly,

IT IS ORDERED that the Order to Show Cause is discharged and the November 5, 2026, hearing is vacated.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana