Trent M. Gardner (Bar No. 7477)
Cameron T. Clevidence (Bar No. 68207702)
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph: 406-587-0618
Fax: 406-587-5144
Email: tgardner@goetzlawfirm.com
cclevidence@goetzlawfirm.com

Attorneys for Trustee Darcy M. Crum

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>RICHARD M. BLOSSER,<br>Debtor. | Case No. 2:26-bk-20082-BPH<br><br>**TRUSTEE'S NOTICE OF AGREEMENT TO REMOVE CERTAIN AUCTION ITEMS** |

Chapter 7 Trustee, Darcy M. Crum, through counsel, provides Notice to the Court that the Trustee has agreed to remove certain items from the auction presently scheduled to close on November 17, 2026. Through conversations with counsel for Pamela Blosser and some of Pamela Blosser's family members, the Trustee has agreed to remove from the auction and allow Pamela Blosser and her family members to take possession of the following auction lots:

- Lot 619 – Women's shoes, sizes 8 and 8½
- Lot 194 – Bottega Veneta leather loafers
- Lot 509 – Ferragamo Boots
- Lot 218 – NIS Boots
- Lot 267a – Chrome Hearts Mini Iggy backpack
- Lot 120 – Celine Wallet

- Lot 188 – Athleticwear including Gucci, Palm Angels and Bogner
- Lot 185 – Apparel including a Magnolia Pearl kimono and a silk velvet poncho
- Lot 628 – Dyson hair styling tools
- Lot 169 – Acne Studios faux-fur buckle mittens
- Lot 357e – Black Acne Studios scarf
- Lot 183 – Dressed by LALA knitwear collection
- Lot 526 – Winter coats and puffer jackets
- Lot 246 – Tuscan and bohemian home décor
- Lot 447i – Designer Beanies
- Lot 420 – Dyson Vacuum
- Lot 499 - Toys
- Lot 808 – Nishiki Pueblo men's mountain bike
- Lot 497 – GoPro MAX 360° camera with tripod grip
- Lot 343d – Gucci slides
- Lot 393 – Aviator Nation hoodie
- Lot 396 – Givenchy Cardigan
- Lot 402g – Givenchy shoes
- Lot 361f – Gucci scarf
- Lot 384 – Moncler jacket
- Lot 399g – UGG boots
- Lot 278 – Canada Goose parka
- Lot 448h – Ski apparel and winter outerwear
- Lot 310 – Moncler Jacket
- Lot 412 – Dior Leather Boots
- Lot 843 – Signed Heyward Jersey only
- Lot 847 – Sports cards
- Lot 856 – Snowboards and Skis
- Lot 615 – Orange jacket only (remainder of lot will stay)
- Lot 602 – Jacket
- Lot 591 – Jacket

- Lot 572 – Jump suit (only red, white and blue jump suit)
- Lot 568 - Jacket

Additionally, the Trustee has agreed to remove the following lots from the auction and to release each upon a satisfactory showing of proof of ownership and the lack of the Bankruptcy Estate's claim to such items:

- Lot 302b – Fendi handbags
- Lot 303b – Coach handbag
- Lot 259a – Hermès Evelyne III bag in Clemence leather

DATED this 16th day of November, 2026.

GOETZ, GEDDES & GARDNER, P.C.

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence
***Attorneys for Trustee***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on the 16th day of November, 2026, a copy of the foregoing was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties.

Richard Blosser
Missoula County Detention Facility
2340 Mullan Rd
Missoula, MT 59808
Rbloss5@gmail.com

**/s/ Trent M. Gardner**
Trent M. Gardner
Cameron T. Clevidence

***Attorneys for Trustee***